UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>STATE OF ILLINOIS,<br><br>and<br><br>STATE OF MINNESOTA,<br><br>　　　　　　　　　*Plaintiffs*,<br><br>　　　　　　v.<br><br>DEERE & COMPANY,<br><br>　　　　　　　　　*Defendant*. | Case No. 3:25-cv-50017 |

**ORDER DIRECTING**
**THE FILING OF PORTIONS OF THE COMPLAINT TEMPORARILY UNDER SEAL**

Upon consideration of Plaintiff Federal Trade Commission's motion for an order, pursuant to Rules 5 and 7(b) of the Federal Rules of Civil Procedure and Local Civil Rules 5.8 and 26.2, directing filing of portions of the Complaint under seal,

**IT IS HEREBY ORDERED** that portions of the Complaint be filed under seal and remain under seal until January 31, 2025, or, if later, the Court's disposition of any motion filed by Defendant prior to such date seeking to retain any portions of the Complaint under seal.

**IT IS HEREBY ORDERED** that the Plaintiffs in this action must attend an in-person hearing on January 24, 2025 at 1:30 p.m. The parties in In re: Deere & Co., 22 CV 50188 will also attend, as they were scheduled for a telephonic status on that date. The parties in both actions will discuss the impact this action has on the 22 CV 50188 action, which is the lead case

1

in multi-district litigation that was consolidated before this Court. The Court will also discuss with all counsel its concerns regarding the timing of the filing of this action, particularly to the extent this action hinders a just, speedy, and inexpensive determination in the 22 CV 50188 action and the actions consolidated with it. The parties, counsel, third parties, and the Court have been diligently working to move that multi-district litigation forward. The Court has reviewed the Complaint filed in this action and doesn't see much new there, certainly not in the way of legal theories. To be fair, the Complaint contains some quotes—presumably from documents obtained by the Federal Trade Commission during its prefiling investigation—that add meat to the bones. But there needs to be some explanation as to why the Complaint was filed now. The fact the United States Department of Justice filed a Statement of Interest in In re: Deere & Co., 22 CV 50188 nearly two years ago—February 14, 2023 to be exact—is not lost on the Court.

**SO ORDERED**, this 15th day of January, 2025.

_____
Honorable Iain D. Johnston
United States District Judge