**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Western Division**

Federal Trade Commission, et al.
                                    Plaintiff,

v.                                                           Case No.: 3:25−cv−50017
                                                                Honorable Iain D. Johnston

Deere & Company
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 26, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 3/26/2025. Case management deadlines set as follows: Close of fact discovery set for 1/26/2026; the parties' Rule 26(a)(2)(C) disclosures due 12/15/2025; the deadline for affirmative initial expert reports due 3/2/2026; the deadline for the rebuttal expert reports due 7/1/2026. Maximum of 4 affirmative experts per side and 4 rebuttal experts per side. The deadline to complete expert depositions is set for 9/9/2026. Daubert motions shall be filed by 10/5/2026. Responses to the motions are due 11/16/2026 and replies due 12/8/2026. The deadline to complete all depositions will be discussed at the April 8 status hearing. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.