# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Federal Trade Commission, et al.

                            Plaintiff,

v.                                                 Case No.: 3:25−cv−50017

                                                         Honorable Iain D. Johnston

Deere & Company

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: Before the Court is a motion from intervening OEM AGCO Corp. [181] seeking reconsideration of this Court's order dated 8/8/2025 denying the motion it and other intervening OEMs brought for a protective order, see Dkt. 181. According to the motion the Court's decision rested on the mistaken fact that when the FTC served the Association of Equipment Manufacturers with a civil investigative demand, the AEM (or an associated entity named Hargrove & Associates) filed a motion to quash in federal court, and in response the FTC withdrew the CID. See Memorandum Opinion and Order dated 8/8/2025 [180] at 4−5. In fact, according to the motion to reconsider, Hargrove filed a petition with the FTC, not a motion to quash in federal court, and the issues was resolved entirely within the FTC's administrative process. The Court did not make up the motion to quash. As cited within the Memorandum Opinion and Order, the information came directly from the FTC, whose counsel stated that "in our investigation leading to this case, a motion to quash one of our CIDs was filed in federal district court, after which we withdrew that CID to that party." Transcript of February 27, 2025 [72] at 25. Again, the FTC's counsel confirmed that the FTC had withdrawn the CID in response to a subpoena filed in either the Eastern of Southern District of New York: "Court: And my understanding is−−−and Ms. Hall can correct me if I'm wrong−−−wasn't that motion to quash granted?... Ms. Hall: My understanding is that it was the Association of Equipment Manufacturers... who we had issued a CID to for data. We withdrew the CID. We didn't respond to the motion to quash." Neither OEM participating in the hearing alerted the Court to any mistake about a motion to quash being filed in federal court. On the motion to reconsider [181], the FTC and Deere may respond by 9/3/2025. No reply shall be filed. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.