**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Western Division**

Federal Trade Commission, et al.
                                    Plaintiff,

v.                                          Case No.: 3:25−cv−50017
                                            Honorable Iain D. Johnston

Deere & Company
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2025:

MINUTE entry before the Honorable Iain D. Johnston: Defendant Deere & Co. seeks to provide third−party OEM documents marked Highly Confidential Outside Counsel Only to possible consultants/experts and seeks an ex parte call as contemplated by the parties' confidentiality order. By 9/10/2025 three dates on which all are available for an ex parte call shall be submitted to the Court's proposed order inbox. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.