UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>                    *Plaintiffs*,<br><br>v.<br><br>DEERE & COMPANY,<br><br>                    *Defendant*. | Case No. 3:25-cv-50017<br><br>**ORDER TO LIFT STAY AND MODIFY CASE SCHEDULE** |

Upon consideration of the parties' Joint Motion to Lift the Stay and Modify Case Schedule, and General Order 25–0028 (ECF No. 204), it is HEREBY ORDERED that:

1. The motion is GRANTED;

2. The October 2, 2025 orders, in response to the FTC's motion to stay (ECF No. 201), and General Order 25–0024 (ECF No. 202), staying this action are hereby lifted; and

3. The case deadlines are amended as follows:

| Event | Deadline |
|---|---|
| Deadline for parties' Rule 26(a)(2)(C) disclosures | February 23, 2026 |
| Close of fact discovery | April 6, 2026 |
| Deadline for affirmative initial expert report(s) | May 11, 2026 |
| Deadline for rebuttal expert report(s) | September 9, 2026 |
| Deadline to complete expert depositions | November 18, 2026 |
| Deadline to file *Daubert* motion(s) | December 14, 2026 |
| Deadline to file response(s) to *Daubert* motion(s) | January 25, 2027 |
| Deadline to file reply(ies) in support of *Daubert* motion(s) | February 16, 2027 |
| Hearing on *Daubert* motions | To be set by the Court |
| Motion for Summary Judgment | To be determined after the *Daubert* motion ruling |

Dated: December 5, 2025

_____
HONORABLE IAIN D. JOHNSTON
UNITED STATES DISTRICT JUDGE

1