**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ILLINOIS, STATE OF ARIZONA, ATTORNEY GENERAL DANA NESSEL on behalf of THE PEOPLE OF MICHIGAN, STATE OF MINNESOTA, and STATE OF WISCONSIN, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEERE & COMPANY, <br><br> *Defendant*. | Case No. 3:25-cv-50017 <br><br> **ORDER MODIFYING CASE SCHEDULE** |

Upon consideration of the parties' Joint Motion to Modify Case Schedule ("Motion," ECF No. 245), it is HEREBY ORDERED that:

1.     The Motion is GRANTED; and

2.     The case deadlines are amended as follows.

| Event | Deadline |
|---|---|
| Deadline to serve third-party deposition notices | 30 days before the close of fact discovery |
| Deadline to complete depositions of Deere and Deere witnesses | May 22, 2026 |
| Deadline to complete depositions of third-party witnesses | May 29, 2026 |
| Close of fact discovery | June 5, 2026 |
| Deadline for affirmative initial expert report(s) | July 10, 2026 |
| Deadline for rebuttal expert report(s) | November 9, 2026 |
| Deadline to complete expert depositions | January 20, 2027 |
| Deadline to file *Daubert* motion(s) | February 12, 2027 |

1

| Event | Deadline |
|---|---|
| Deadline to file response(s) to *Daubert* motion(s) | March 25, 2027 |
| Deadline to file reply(ies) in support of *Daubert* motion(s) | April 16, 2027 |
| Hearing on *Daubert* motions | To be set by the Court |
| Motion for Summary Judgment | To be determined after the *Daubert* motion ruling |

Dated: March 25, 2026

_____
HONORABLE IAIN D. JOHNSTON
UNITED STATES DISTRICT JUDGE

2