## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Western Division

Federal Trade Commission, et al.

                           Plaintiff,

v.                                      Case No.: 3:25–cv–50017

                                      Honorable Iain D. Johnston

Deere & Company

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 10, 2026:

      MINUTE entry before the Honorable Iain D. Johnston: At the request of the parties, a telephonic status hearing is set for 4/13/2026 at 3:30 PM. The call–in number is 650–479–3207 and the access code is 23116155150#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. The parties have until the end of business today 4/10/2026 to send the Court any correspondence the parties would like reviewed prior to the hearing to Judge Johnston's proposed order email.(yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.