**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Western Division**

Federal Trade Commission, et al.

                          Plaintiff,

v.                                                       Case No.: 3:25–cv–50017
                                                         Honorable Iain D. Johnston

Deere & Company

                          Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 10, 2026:

     MINUTE entry before the Honorable Iain D. Johnston: Due to the nature of the request of the parties for a hearing the Court strikes the previous entry and the 4/13/2026 hearing. Telephonic status hearing set for 4/10/2026 at 4:00 PM. The call–in number is 650–479–3207 and the access code is 23116155150#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.