# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DEERE & COMPANY,<br><br>    *Defendant*. | Case No. 3:25-cv-50017<br><br>**JOINT MOTION TO STAY LITIGATION** |

Plaintiffs the Federal Trade Commission, the States of Illinois, Arizona, Minnesota, and Wisconsin, and Attorney General Dana Nessel on behalf of the People of Michigan (together, "Plaintiffs") and defendant Deere & Company ("Deere" or "Defendant"), by and through their undersigned counsel, jointly move for an order staying and suspending all proceedings and deadlines in this action for 30 days. In support of that motion, the parties state as follows:

1.  On February 7, 2025, Plaintiffs filed the Amended Complaint in this action, alleging that Deere violated federal and state laws by restricting the ability of farmers and independent repair providers to repair Deere agricultural equipment. ECF No. 44. Deere denied the allegations. ECF No. 101. On June 9, 2025, the court denied Deere's motion for judgment on the pleadings. ECF No. 152. The parties have engaged in fact discovery, which is currently scheduled to close on June 5, 2026. ECF No. 247.

2.  The parties are at an advanced stage of negotiating a resolution of Plaintiffs' claims against Deere.

3. The parties respectfully request that the Court vacate the case schedule (ECF No. 247) and stay and suspend all proceedings and deadlines in this action for 30 days while the parties work to finalize a resolution of the action.

4. The parties will provide a status update to the Court seven (7) days prior to the expiration of any stay if the parties have not filed a stipulated proposed final order resolving the case prior to that time. If the parties are unable to reach agreement prior to expiration of the stay and the stay is not extended, the parties will re-commence discovery immediately upon expiration of the stay, and meet and confer and propose a new schedule for the close of discovery and the completion of the litigation.

5. The requested stay will not prejudice any party and will serve the interests of judicial economy and efficiency.

Based on the foregoing, the parties respectfully request that the Court enter an order staying the above-captioned matter for a period of 30 days.

Dated: May 15, 2026                                             Respectfully submitted,

By: _/s/ Laura R. Hall_                                         By: _/s/ Lin W. Kahn_
    LAURA R. HALL                                                   Lin W. Kahn
    Federal Trade Commission                                       Christina N. Fulponi
    Bureau of Competition                                          JONES DAY
    600 Pennsylvania Avenue, N.W.                                  555 California Street, 26th Floor
    Washington, DC 20580                                          San Francisco, CA 94104
    Telephone: (202) 326-3282                                     Telephone:      +1.415.626.3939
    Email: lhall1@ftc.gov                                         Facsimile:      +1.415.875.5700
                                                                  Email: lkahn@jonesday.com
    JOSEPH R. BAKER                                               Email: cfulponi@jonesday.com
    SOPHIA QASIR
    MELISSA WESTMAN-CHERRY                                        John M. Majoras
                                                                  JONES DAY
    *Counsel for Plaintiff Federal Trade*                         51 Louisiana Avenue, N.W.
    *Commission*                                                  Washington, DC  20001.2113
                                                                  Telephone:      +1.202.879.3939
    RACHEL F. SIFUENTES                                           Facsimile:      +1.202.626.1700
    Federal Trade Commission                                      Email: jmmajoras@jonesday.com

2

230 South Dearborn St., Suite 3030
Chicago, IL 60604
Telephone: (312) 960-5617
Email: rsifuentes@ftc.gov

*Local Counsel for Plaintiff Federal Trade
Commission*

FOR PLAINTIFF STATE OF ILLINOIS

KWAME RAOUL
Attorney General
 /s/ Brian M. Yost
BRIAN M. YOST
Assistant Attorney General, Antitrust
JENNIFER M. CORONEL
Assistant Attorney General, Antitrust
ELIZABETH L. MAXEINER
Bureau Chief, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (872) 276-3598
Email: Brian.yost@ilag.gov
        Jennifer.coronel@ilag.gov
        Elizabeth.maxeiner@ilag.gov

*Attorneys for Plaintiff State of Illinois*

FOR PLAINTIFF STATE OF ARIZONA

KRISTIN K. MAYES
Attorney General
 /s/ Sarah Pelton
SARAH PELTON
ROBERT A. BERNHEIM
Office of the Arizona Attorney General
Consumer Protection & Advocacy Section
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
Email: Sarah.Pelton@azag.gov
        Robert.Bernheim@azag.gov

*Attorneys for Plaintiff State of Arizona*

Tiffany D. Lipscomb-Jackson
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215-2673
Telephone:      +1.614.469.3939
Facsimile:      +1.614.461.4198
Email: tdlipscombjackson@jonesday.com

Corey A. Lee
JONES DAY
North Point
901 Lakeside Ave E
Cleveland, OH 44114-1190
Telephone:      +1.216.586.3939
Facsimile:      +1.216.579.0212
Email: calee@jonesday.com

Ryan Thomas
Lauren Miller Forbes
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
Telephone:      +1.202.879.3939
Facsimile:      +1.202.626.1700
Email: rcthomas@jonesday.com
Email: lmillerforbes@jonesday.com

Sean M. Berkowitz (IL Bar No. 6209701)
Gary Feinerman (IL Bar No. 6206906)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:      +1.312.876.7700
Facsimile:      +1.312.993.9767
Email: sean.berkowitz@lw.com
Email: gary.feinerman@lw.com

Amanda P. Reeves (*pro hac vice*)
Tara D. Elliott (*pro hac vice*)
Ian R. Conner (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone:      +1.202.637.2200

3

FOR PLAINTIFF DANA NESSEL

DANA NESSEL
Attorney General
 /s/ LeAnn D. Scott
LEANN D. SCOTT
Assistant Attorney General
Corporate Oversight Division
Michigan Department of Attorney General
P.O. Box 30736
Lansing, MI 48909
Telephone: (517) 335-7632
Email: ScottL21@michigan.gov

*Attorney for the People of Michigan*

FOR PLAINTIFF STATE OF MINNESOTA

KEITH ELLISON
Attorney General

JAMES CANADAY
Deputy Attorney General
 /s/ Elizabeth Odette
KATHERINE A. MOERKE
Assistant Attorney General, Antitrust Division
ELIZABETH ODETTE
Manager, Assistant Attorney General,
Antitrust Division

Office of the Minnesota Attorney General
Suite 1400
445 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 757-1257
Email: katherine.moerke@ag.state.mn.us
       elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

FOR PLAINTIFF STATE OF WISCONSIN

JOSHUA KAUL
Attorney General
 /s/ Caitlin M. Madden
CAITLIN M. MADDEN

Facsimile:        +1.202.637.2201
Email: amanda.reeves@lw.com
Email: tara.elliott@lw.com
Email: ian.conner@lw.com

Belinda S Lee (*pro hac vice*)
Meaghan Thomas-Kennedy (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone:        +1.415.391.0600
Facsimile:        +1.415.395.8095
Email: belinda.lee@lw.com
Email: meaghan.thomas-kennedy@lw.com

*Attorneys for Defendant Deere & Company*

4

Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: Caitlin.Madden@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*