**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF ILLINOIS, STATE OF ARIZONA, ATTORNEY GENERAL DANA NESSEL on behalf of THE PEOPLE OF MICHIGAN, STATE OF MINNESOTA, and STATE OF WISCONSIN, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEERE & COMPANY, <br><br> *Defendant*. | Case No. 3:25-cv-50017 <br><br> **JOINT STATUS REPORT AND MOTION FOR FURTHER STAY OF LITIGATION** |

Pursuant to this Court's May 15, 2026 Order (ECF No. 254), Plaintiffs Federal Trade Commission ("FTC"), the States of Illinois, Arizona, Minnesota, and Wisconsin, and Attorney General Dana Nessel on behalf of the People of Michigan (together, "Plaintiffs") and Defendant Deere & Company ("Deere," together with Plaintiffs, "Parties"), by and through their undersigned counsel, provide this joint status report and seek a further stay of the litigation.

Since May 15, 2026, discovery proceedings have been stayed and the Parties have engaged in negotiation of a proposed stipulated settlement order. These negotiations have continued to progress and remain ongoing. To allow completion of negotiations, approval by all Parties, and filing of a motion for entry of a stipulated order, the Parties jointly request a further extension of the stay of litigation for an additional thirty (30) days from the expiration of the current stay period, until and including July 15, 2026.

The Parties will provide a status update to the Court seven (7) days prior to the expiration of the stay if the Parties have not filed a stipulated proposed order resolving the case prior to that

time. If the parties are unable to reach agreement prior to expiration of the stay and the stay is not extended, the parties will re-commence discovery immediately upon expiration of the stay, and, within fourteen (14) days of expiration of the stay, meet and confer and propose a new schedule for the close of discovery and the completion of the litigation.

Based on the foregoing, the Parties respectfully request that the Court enter an order staying the above-captioned matter until and including July 15, 2026.

Dated: June 8, 2026

Respectfully submitted,

By: _/s/ Laura R. Hall_

LAURA R. HALL
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Telephone: (202) 326-3282
Email: lhall1@ftc.gov

JOSEPH R. BAKER
SOPHIA QASIR
MELISSA WESTMAN-CHERRY

*Counsel for Plaintiff Federal Trade Commission*

RACHEL F. SIFUENTES
Federal Trade Commission
230 South Dearborn St., Suite 3030
Chicago, IL 60604
Telephone: (312) 960-5617
Email: rsifuentes@ftc.gov

*Local Counsel for Plaintiff Federal Trade Commission*

FOR PLAINTIFF STATE OF ILLINOIS

KWAME RAOUL
Attorney General
_/s/ Brian M. Yost_

By: _/s/ Lin W. Kahn_

Lin W. Kahn
Christina N. Fulponi
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:      +1.415.626.3939
Facsimile:      +1.415.875.5700
Email: lkahn@jonesday.com
Email: cfulponi@jonesday.com

John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
Telephone:      +1.202.879.3939
Facsimile:      +1.202.626.1700
Email: jmmajoras@jonesday.com

Tiffany D. Lipscomb-Jackson
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215-2673
Telephone:      +1.614.469.3939
Facsimile:      +1.614.461.4198
Email: tdlipscombjackson@jonesday.com

Corey A. Lee
JONES DAY
North Point

2

BRIAN M. YOST
Supervising Attorney, Antitrust
JENNIFER M. CORONEL
Deputy Bureau Chief, Antitrust
ELIZABETH L. MAXEINER
Bureau Chief, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (872) 276-3598
Email: Brian.yost@ilag.gov
      Jennifer.coronel@ilag.gov
      Elizabeth.maxeiner@ilag.gov

*Attorneys for Plaintiff State of Illinois*

FOR PLAINTIFF STATE OF ARIZONA

KRISTIN K. MAYES
Attorney General
 */s/ Sarah Pelton*
SARAH PELTON
ROBERT A. BERNHEIM
Office of the Arizona Attorney General
Consumer Protection & Advocacy Section
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
Email: Sarah.Pelton@azag.gov
      Robert.Bernheim@azag.gov

*Attorneys for Plaintiff State of Arizona*

FOR PLAINTIFF DANA NESSEL ON
BEHALF OF THE PEOPLE OF MICHIGAN

DANA NESSEL
Attorney General
 */s/ LeAnn D. Scott*
LEANN D. SCOTT
Assistant Attorney General
Corporate Oversight Division
Michigan Department of Attorney General
P.O. Box 30736
Lansing, MI 48909
Telephone: (517) 335-7632

901 Lakeside Ave E
Cleveland, OH 44114-1190
Telephone:     +1.216.586.3939
Facsimile:     +1.216.579.0212
Email: calee@jonesday.com

Ryan Thomas
Lauren Miller Forbes
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001.2113
Telephone:     +1.202.879.3939
Facsimile:     +1.202.626.1700
Email: rcthomas@jonesday.com
Email: lmillerforbes@jonesday.com

*Attorneys for Defendant Deere & Company*

3

Email: ScottL21@michigan.gov

*Attorney for the People of Michigan*

FOR PLAINTIFF STATE OF MINNESOTA

KEITH ELLISON
Attorney General

JAMES CANADAY
Deputy Attorney General
 */s/ Elizabeth Odette*
KATHERINE A. MOERKE
Assistant Attorney General, Antitrust Division
ELIZABETH ODETTE
Manager, Assistant Attorney General,
Antitrust Division

Office of the Minnesota Attorney General
Suite 1400
445 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 757-1257
Email: katherine.moerke@ag.state.mn.us
         elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

FOR PLAINTIFF STATE OF WISCONSIN

JOSHUA KAUL
Attorney General
 */s/ Caitlin M. Madden*
CAITLIN M. MADDEN
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
Email: Caitlin.Madden@wisdoj.gov

*Attorney for Plaintiff State of Wisconsin*

4